Cross-Appeal Nos. 14-56926, 14-56994

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

PACIFIC PICTURES CORPORATION ET AL.,
*Defendants and Appellants*,

*v.*

DC COMICS,
*Plaintiff and Appellee*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
THE HONORABLE OTIS D. WRIGHT II, JUDGE
CASE NO. CV-10-3633 ODW (RZX)

## JOINT MOTION TO STAY PENDING DECISION IN RELATED APPEAL

| | |
|---|---|
| MARC TOBEROFF | DANIEL M. PETROCELLI |
| TOBEROFF & ASSOCIATES, P.C. | MATTHEW T. KLINE |
| 22337 Pacific Coast Hwy. #348 | CASSANDRA L. SETO |
| Malibu, California 90265 | O'MELVENY & MYERS LLP |
| Telephone: (310) 246-3333 | 1999 Avenue of the Stars, 7th Floor |
| *Attorneys for Defendants, Appellees, and Cross-Appellants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, and Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, et al.* | Los Angeles, California 90067 |
| | Telephone: (310) 553-6700 |
| | Facsimile: (310) 246-6779 |
| | *Attorneys for Plaintiff, Appellant, and Cross-Appellee DC Comics* |

The above-entitled appeal is related to an earlier-filed appeal, *Larson v. Warner Bros. Entertainment, Inc.*, Appeal Nos. 13-56257, 13-56259, which is currently pending before the Court; briefing has been complete since September 2014, but oral argument has not yet been scheduled.

This appeal and the *Larson* appeal arise in part from some of the same facts—namely, the relationships between DC Comics and Warner Bros., on the one hand, and the heirs of Superman's co-creators, Jerry Siegel and Joe Shuster, on the other hand. As such, the parties believe it would be both prudent and efficient to resolve the *Larson* appeal prior to this appeal.

In the interest of conserving the resources of the Court and the parties, the parties and their counsel jointly request that this Court stay the above-entitled appeal until after the Court issues its mandate in the *Larson* appeal. *See Stone v. I.N.S.*, 514 U.S. 386, 411 (1995) ("courts have inherent power to stay proceedings and 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants'").

Respectfully submitted,

Dated: May 15, 2015　　　　　　　　　　O'MELVENY & MYERS LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel M. Petrocelli
　　　　　　　　　　　　　　　　　　　　　　Daniel M. Petrocelli
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, Appellant,
　　　　　　　　　　　　　　　　　　　　　and Cross-Appellee DC Comics


Dated: May 15, 2015　　　　　　　　　　TOBEROFF & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　　By: /s/ Marc Toberoff
　　　　　　　　　　　　　　　　　　　　　　Marc Toberoff
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants, Appellees,
　　　　　　　　　　　　　　　　　　　　　and Cross-Appellants

9th Circuit Case Number(s) | 14-56926, 14-56994

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) May 15, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Daniel M. Petrocelli

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)